UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 13   2 41 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

GEORGIA WHYNE,
*Plaintiff*

VS.

UNITED STATES OF AMERICA,
*Defendant*

CIVIL ACTION. NO:
3:03CV931(PCD)

OCTOBER 22, 2003

## REPORT OF PARTIES' PLANNING MEETING

Complaint filed on May 23, 2003

Complaint served on defendant on June 23, 2003

Defendant United States appeared on September 3, 2003

Pursuant to Fed. R. Civ. P. 16(b), 26 (f) and Local Rule 38, a conference was held on Wednesday, October 15, 2003. The participants were:

(a) Ikechukwu Umeugo of Umeugo & Associates, P.C., for the plaintiff,

(b) William M. Brown, Jr. for the defendant United States

APPROVED & ADOPTED. Discovery is to be completed by 4/30/04; dispositive motions are to be filed on or before 6/1/04, compliant with the Supplemental Order SO ORDERED.

Peter C. Dorsey, U.S. District Judge

11/20/03

1