UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GEORGIA WHYNE

    vs                                                     Civil No. 3:03 CV 931 (PCD)

U.S. POSTAL SERVICE

## J U D G M E N T

      Counsel reported to the Court on January 9, 2004 that the above-entitled case had settled. A Local Rule 41(b) notice of dismissal, document [14], was issued on January 13, 2004, informing the parties that the case would be automatically dismissed as of February 8, 2004 should closing papers not be filed with the Court prior to that date;

      As of this date, a check of the docket reflects no closing papers as having been filed, nor any requests to extend the time within which to file said documents;

      It is hereby ORDERED that this action be and is hereby dismissed pursuant to Local Rule 41(b), without costs and without prejudice to the right of any parties to move within thirty (30) days to re-open the case if the settlement has not been consummated.

      Dated at New Haven, Connecticut, this 18th day of March, 2004.


                                        KEVIN F. ROWE, CLERK


                                      BY /s/_____
                                                    Patricia A. Villano
                                                    Deputy Clerk


EOD: _____